otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

NORTH WOODSIDE BUILDING MATERIAL CORPORATION, Respondent, v. BURKE BUILDING CO., INC., and Others, Defendants; INTERBORO ASSOCIATES, INC., Appellant, and LESTER V. ALLERS, Respondent.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

HANNAH FLYNN O'BRIEN, Respondent, v. NORA MADDEN and Others, Appellants.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

ROSE M. PALMER, Appellant, and LILLIAN PALMER BERNSTEIN, Respondent, v. ROTARY REALTY CO., INC., and Others, Respondents.— Motion to dismiss appeal denied at this time; to be reheard on Thursday, February fifth, when the entire case will be under consideration. Present — Young, Hagarty, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELO BASILE and ROSARIO NERI, Appellants.— Motion to extend time to perfect and argue appeal granted as to defendant Basile upon condition that said appellant perfect the appeal for the March term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR LOOP, Appellant.— Motion to enlarge time granted upon condition that appellant perfect the appeal for the April term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

HUGH QUINN, as Administrator, etc., of JAMES QUINN, Deceased, Respondent, v. BENJAMIN TIBONE, etc., and Another, Appellants.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

JACOB STATTMAN, Respondent, v. FRIEDA COHEN and Others, Appellants.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

CORNELIUS T. WILLEMEN, JR., and CARL VOELKER, Copartners, etc., Respondents, v. BURKE BUILDING CO., INC., and Others, Defendants, and INTERBORO ASSOCIATES, INC., Appellant.— Motion to extend time to file case and points on appeal granted upon condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondents thirty dollars costs within five days from the date of this decision; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

CORNELIUS T. WILLEMEN, JR., and CARL VOELKER, Copartners, etc., Respondents, v. BURKE BUILDING CO., INC., and Others, Defendants, and INTERBORO ASSOCIATES, INC., Appellant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

DOMENICK YODICE, Respondent, v. AMERICAN EXPORT LINES, Appellant.— Motion to direct respondent to accept proposed case on appeal granted. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.